**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOVANNA HERRERA, *an individual*;<br><br>Plaintiffs.<br><br>v.<br><br>STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ARM TRUST, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-9, US BANK N.A., AS TRUSTEE; US BANK N.A.; PNC BANK N.A.; QUALITY LOAN SERVICE CORPORATION; and DOES 1 through 20, inclusive,<br><br>Defendants, | Case No: 5:18-cv-00144-JFW-KK<br><br>**ORDER OF DISMISSAL** |

Plaintiff YOVANNA HERRERA submitted a Request for Dismissal pursuant to Federal Rule of Civil Procedure 41(a) asking the Court voluntarily dismiss this action with prejudice.

As a result, the Court hereby dismisses this action with prejudice. The Clerk shall close the file in this case.

**IT IS SO ORDERED**

DATED: October 2, 2018

_____
Hon. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE